**South Park Commissioners, appellee, v. Samuel Westerfield, appellant. Gen. No. 25,716.**

Prosecution for indecent exposure. Judgment of guilty. Appeal from the Municipal Court of Chicago; the Hon. Warren H. Orr, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed March 8, 1920.

Ellis & Westbrooks, Harris B. Gaines and Fred McKinney, for appellant; Richard E. Westbrooks, of counsel. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.